# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JACQUES FLEURY-JEAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0067

————————————————

December 5, 2025

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.